

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| KASSANDRA MEAD, | § | |
| | | No. 08-14-00306-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 394th District Court |
| DONNA MARIE DICKERSON AND | § | |
| RICHARD PAUL DICKERSON, | | of Brewster County, Texas |
| | § | |
| Appellees. | | (TC# 2010-12-B0078-CV) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellant's motion to dismiss the appeal and concludes the motion should be granted and the appeal should be dismissed. We therefore dismiss the appeal. We further order costs of the appeal are taxed against Appellant, and this decision be certified below for observance.

IT IS SO ORDERED THIS 11TH DAY OF MARCH, 2015.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.